PATRICK LEE, Appellant, v. NEW YORK, ONTARIO AND WESTERN RAILROAD COMPANY, Respondent.— Order dismissing complaint and judgment entered thereon reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event. Jury questions were presented by this record, based on whether the rails were so shaped and placed in juxtaposition at such a distance as to permit the caulk of the horse's shoe to become wedged in and to cause injury, and as to whether this and the manner of maintenance thereof constituted negligence. (*Stebbins* v. *Hudson Valley Railway Co.*, 170 App. Div. 1; *Lowell* v. *Central Vermont R. R. Co.*, 15 id. 218; *Cotton* v. *N. Y., L. E. & W. R. R. Co.*, 48 N. Y. St. Repr. 89.) Young, Rich, Kapper, Hagarty and Carswell, JJ., concur.

ALBERT LOHMANN, Appellant, v. DEKALB-HUDSON CORPORATION, Respondent. (Action No. 1.) — Order denying motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

SAMUEL H. MARSH, Respondent, v. EVA REGINA MARSH, an Adjudged Incompetent, by ABRAHAM L. DORIS, Committee, Appellant.— Judgment reversed upon the law and the facts, with costs, and complaint dismissed, with costs. The consideration of each alleged oral agreement is too indefinite to sustain such an agreement. The acts relied upon as part performance are insufficient to take the alleged oral agreements out of the Statute of Frauds. They are not unequivocably referable to the oral agreements. The husband's marital duty explains them, they being a performance of the husband's duty to furnish a habitation for which in other circumstances he necessarily would pay rent, and which habitation the husband was obligated to furnish the wife. (*Cooley* v. *Lobdell*, 153 N. Y. 596; *Woolley* v. *Stewart*, 222 id. 347; *Burns* v. *McCormick*, 233 id. 230.) Findings of fact and conclusions of law inconsistent with this memorandum are reversed, and new findings will be made in accordance herewith. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur. Settle order on notice.

JULIUS MICHEL, Appellant, v. MORRIS WHITE, INC., Respondent.— Order denying plaintiff's motion for a bill of particulars, in so far as appealed from, reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, as to items 1, 2, 3, 4, 9, 10 and 11, except subdivision (e) of item 2, and subdivision (d) of item 4. Young, Lazansky, Hagarty, Seeger and Carswell, JJ., concur.